STATE of Missouri, Respondent,

v.

Jewell JOHNSON, Appellant.

No. 71200.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 13, 1998.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for first degree robbery, armed criminal action, and un-

lawful use of a weapon. The trial court sentenced him to concurrent terms of ten years for first degree robbery, twenty-five years for armed criminal action and five years for unlawful use of a weapon. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).